# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:08-cv-06122-FMC-AGRx | Date | June 26, 2009 |
|---|---|---|---|
| Title | W. O. v. City of Los Angeles et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**      ORDER TO SHOW CAUSE   (In Chambers)

In this matter, plaintiffs were represented by counsel until April 14, 2009, at which time the Court granted plaintifffs' attorneys' Motion to be Relieved from representing plaintiffs.  A copy of the Order, explaining its consequences, was served on plaintiffs on April 15.  No new counsel have been retained to represent plaintiffs.

On May 18, plaintiffs were served with a Notice of Mediation, requiring their appearance on June 23, 2009, at 10:00 a.m. for a mandatory settlement conference.  The Court is advised that neither plaintiff appeared [26].

Plaintiffs are ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute.  Plaintiffs must respond in writing before **July 13, 2009.**  If no response is received by the Court, the matter will be dismissed.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |